7-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
DAMPSKIBSSELSKABET NORDEN A/S and
NORIENT PRODUCT POOL A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DAMPSKIBSSELSKABET NORDEN A/S and
NORIENT PRODUCT POOL A/S,

08 CV 0115

08 CV

           Plaintiffs,

**RULE 7.1 STATEMENT**

    -against -

SPECTRUM RESOURCES GMBH a/k/a SPECTRUM
TRADING UK LTD a/k/a SPECTRUM RESOURCES LTD.,

           Defendant.
----------------------------------------------------------------x

    The Plaintiffs, DAMPSKIBSSELSKABET NORDEN A/S and NORIENT PRODUCT POOL A/S, by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       January 7, 2008

                       FREEHILL HOGAN & MAHAR, LLP
                       Attorneys for Plaintiffs
                       DAMPSKIBSSELSKABET NORDEN A/S and
                       NORIENT PRODUCT POOL A/S

       By: _____
                       Michael E. Unger (MU 0045)
                       80 Pine Street
                       New York, NY 10005
                       Telephone: (212) 425-1900
                       Facsimile: (212) 425-1901

NYDOCS1/296492.1